RECEIVED
USDC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
DATE 4/16/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIAM LEE BANKS<br>LA. DOC #119639 | CIVIL ACTION NO. 3:12-cv-0013 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that Petitioner's second and successive Petition for Writ of *Habeas Corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

MONROE, LOUISIANA, this 16 day of April, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE